UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-80103-CR-CANNON

UNITED STATES OF AMERICA

**Witness and Exhibit List**

v.

DUSTIN SEAN McCABE,

      **Defendant.**

_____/

| Presiding Judge: The Honorable Aileen M. Cannon | | | | | AUSA: Zachary A. Keller Tanner Stiehl Jacob Koffsky | Defendant's Attorney: Calisha Angeline Francis Terrence O'Sullivan |
|---|---|---|---|---|---|---|
| USA No. | Def. No. | Date Offered | Date admitted | Witness | Court Reporter: | Courtroom Deputy: |
| 1. | | | | 02/27/25 | Caleb King, United States Coast Guard ("USCG") Coast Guard Investigative Service, Special Agent | |
| 2. | | | | 02/26/25 | Allan Roth, USCG | |
| 3. | | | | 02/26/25 | Lieutenant Commander Andrew Cole, USCG | |
| 4. | | | | 02/27/25 | Captain Chris Cederholm, USCG | |
| 5. | | | | 02/26/25 | Christopher Mosquera, USCG | |
| 6. | | | | 02/25/25 | Sean Goodman, USCG | |
| 7. | | | | 02/27/25 | Andrea Walker, USCG | |
| 8. | | | | 02/25/25 | David Fowler, Florida Fish and Wildlife Conservation Commission ("FWC") Investigator | |
| 9. | | | | 02/25/25 | Michael Abramczyk, North Palm Beach Police Department Officer | |
| 10. | | | | 02/25/25 | Jason Willems, FWC Investigator | |

| Presiding Judge: The Honorable Aileen M. Cannon | | | | | AUSA: Zachary A. Keller Tanner Stiehl Jacob Koffsky | Defendant's Attorney: Calisha Angeline Francis Terrence O'Sullivan |
|---|---|---|---|---|---|---|
| USA No. | Def. No. | Date Offered | Date admitted | Witness | Court Reporter: | Courtroom Deputy: |
| 11. | | | | 02/26/25 | Dr. Terrill Topps, Palm Beach County Medical Examiner | |
| 12. | | | | 02/26/25 | Paul Alber, Alber Consulting LLC | |
| 13. | | | | 02/26/25 | Althea Harris, Small Business Administration | |
| 14. | | | | 02/27/25 | Adam "Avi" Pollack, Cross River Bank | |
| 15. | | | | 02/27/25 | Justin Masterman, Celtic Bank | |
| 16. | | | | 02/27/25 | Joshua Steib, Safe Harbor Marinas | |
| 17. | | | | 02/25/25 | Jordan McKenna, Safe Harbor Marinas | |
| 18. | | | | 02/26/25 | Kristy Kelly | |
| 19. | | | | 02/25/25 | Sean Flynn | |
| 20. | | | | 02/25/25 | David Anderson | |
| 21. | | | | 02/25/25 | Kimberly Odom | |
| 22. | | | | 02/25/25 | Steven Poznak | |
| 23. | | | | 02/27/25 | Sandra Brammeier | |
| 24. | | | | 02/24/25 | Jennifer Hester | |
| 25. | | | | 02/24/25 | Carl McManus | |

| USA No. | Def. No. | Date Offered | Date admitted | Witness | Presiding Judge: The Honorable Aileen M. Cannon | AUSA: Zachary A. Keller, Tanner Stiehl, Jacob Koffsky | Defendant's Attorney: Calisha Angeline Francis, Terrence O'Sullivan |
|---|---|---|---|---|---|---|---|
| | | | | | | Court Reporter: | Courtroom Deputy: |
| GX1. | | | 02/24/25 | | North Palm Beach Marina Map | | |
| GX2. | | | 02/24/25 | | M/V SOUTHERN COMFORT ("Vessel") Photo 1 | | |
| GX3. | | | 02/24/25 | | Vessel Photo 2 | | |
| GX4. | | | 02/24/25 | | Vessel Photo 3 | | |
| GX5. | | | 02/24/25 | | Vessel Photo 4 | | |
| GX6. | | | 02/24/25 | | J.H. Injury Photo 1 | | |
| GX7. | | | 02/24/25 | | J.H. Injury Photo 2 | | |
| GX8. | | | 02/24/25 | | Spear Gun Photo 1 | | |
| GX9. | | | 02/24/25 | | Spear Gun Photo 2 | | |
| GX10. | | | 02/24/25 | | Spear Gun Photo 3 | | |
| GX11. | | | 02/24/25 | | Facebook Messenger Between J.H. and Defendant | | |
| GX12. | | | 02/24/25 | | April 9 Captain of the Port Order | | |
| GX13. | | | | | [INTENTIONALLY OMITTED] | | |
| GX14. | | | 02/24/25 | | Trial Stipulation – Vessel Ownership and Interstate Nexus | | |
| GX15. | | | 02/24/25 | | Text Message Between Anderson and Defendant | | |
| GX16. | | | 02/24/25 | | GPS Vessel Photo 1 | | |
| GX17. | | | 02/24/25 | | GPS Vessel Photo 2 | | |
| GX18. | | | 02/24/25 | | GPS Vessel Photo 3 | | |
| GX19. | | | 02/24/25 | | GPS Vessel Photo 4 | | |
| GX20. | | | 02/24/25 | | Under Vessel Propeller Video – 3.29.20 | | |
| GX21. | | | 02/24/25 | | Under Vessel Propeller Photo 1 – 3.29.20 | | |
| GX22. | | | 02/24/25 | | Under Vessel Propeller Photo 2 – 3.29.20 | | |

| Presiding Judge: The Honorable Aileen M. Cannon | | | | | AUSA: Zachary A. Keller Tanner Stiehl Jacob Koffsky | Defendant's Attorney: Calisha Angeline Francis Terrence O'Sullivan |
|---|---|---|---|---|---|---|
| USA No. | Def. No. | Date Offered | Date admitted | Witness | Court Reporter: | Courtroom Deputy: |
| GX23. | | | 02/24/25 | | Under Vessel Propeller Photo 3 – 3.29.20 | |
| GX24. | | | 02/24/25 | | Under Vessel Propeller Photo 4 – 3.29.20 | |
| GX25. | | | 02/24/25 | | Under Vessel Propeller Photo 5 – 3.29.20 | |
| GX26. | | | 02/24/25 | | Under Vessel Propeller Photo 6 – 3.29.20 | |
| GX27. | | | 02/24/25 | | Under Vessel Propeller Photo 7 – 3.29.20 | |
| GX28. | | | 02/24/25 | | Rear of Vessel Photo 1 | |
| GX29. | | | 02/24/25 | | Rear of Vessel Photo 2 | |
| GX30. | | | 02/24/25 | | Rear of Vessel Photo 3 | |
| GX31. | | | 02/24/25 | | Vessel's Bridge Photo 1 | |
| GX32. | | | 02/24/25 | | Vessel's Bridge Photo 2 | |
| GX33. | | | 02/24/25 | | Vessel's Bridge Photo 3 | |
| GX34. | | | 02/24/25 | | Vessel's Bridge Photo 4 | |
| GX35. | | | 02/24/25 | | Vessel's Bridge Photo 5 | |
| GX36. | | | 02/24/25 | | Vessel's Bridge Photo 6 | |
| GX37. | | | 02/24/25 | | Vessel's Bridge Photo 7 | |
| GX38. | | | 02/24/25 | | Photo of M.C.G.F. 3.29.20 – 1 | |
| GX39. | | | 02/24/25 | | Photo of M.C.G.F. 3.29.20 – 2 | |
| GX40. | | | | | [INTENTIONALLY OMITTED] | |
| GX41. | | | | | [INTENTIONALLY OMITTED] | |
| GX42. | | | | | [INTENTIONALLY OMITTED] | |
| GX43. | | | | | [INTENTIONALLY OMITTED] | |
| GX44. | | | 02/24/25 | | Photo of M.C.G.F. 3.29.20 – 3 | |

| Presiding Judge: The Honorable Aileen M. Cannon | | | | | AUSA: Zachary A. Keller Tanner Stiehl Jacob Koffsky | Defendant's Attorney: Calisha Angeline Francis Terrence O'Sullivan |
|---|---|---|---|---|---|---|
| USA No. | Def. No. | Date Offered | Date admitted | Witness | Court Reporter: | Courtroom Deputy: |
| GX45. | | | 02/24/25 | | Photo of M.C.G.F. 3.29.20 – 4 | |
| GX46. | | | | | [INTENTIONALLY OMITTED] | |
| GX47. | | | 02/24/25 | | Photo of M.C.G.F. 3.29.20 – 5 | |
| GX48. | | | 02/24/25 | | Photo of M.C.G.F. 3.29.20 – 6 | |
| GX49. | | | 02/24/25 | | Photo of M.C.G.F. 3.29.20 – 7 | |
| GX50. | | | 02/24/25 | | Photo of M.C.G.F. 3.29.20 – 8 | |
| GX51. | | | | | [INTENTIONALLY OMITTED] | |
| GX52. | | | 02/24/25 | | Defendant's Recorded Statement with Investigator Fowler | |
| GX53. | | | 02/24/25 | | Vessel Scuba Gear Photo 3.29.20 – 1 | |
| GX54. | | | 02/24/25 | | Vessel Scuba Gear Photo 3.29.20 – 2 | |
| GX55. | | | 02/24/25 | | Vessel Scuba Gear Photo 3.29.20 – 3 | |
| GX56. | | | 02/24/25 | | Vessel Scuba Gear Photo 3.29.20 – 4 | |
| GX57. | | | 02/24/25 | | Vessel Scuba Gear Photo 3.29.20 – 5 | |
| GX58. | | | 02/24/25 | | McCabe IDs 3.29.20 Photo | |
| GX59. | | | 02/24/25 | | M.C.G.F. Scuba Wetsuit Photo 3.29.20 – 1 | |
| GX60. | | | 02/24/25 | | M.C.G.F. Scuba Wetsuit Photo 3.29.20 – 2 | |
| GX61. | | | 02/24/25 | | M.C.G.F. Scuba Wetsuit Photo 3.29.20 – 3 | |
| GX62. | | | 02/24/25 | | M.C.G.F. Scuba Wetsuit Photo 3.29.20 – 4 | |
| GX63. | | | 02/24/25 | | M.C.G.F. Scuba Wetsuit Photo 3.29.20 – 5 | |
| GX64. | | | 02/24/25 | | M.C.G.F. Scuba Wetsuit Photo 3.29.20 – 6 | |
| GX65. | | | 02/24/25 | | M.C.G.F. Scuba Wetsuit Photo 3.29.20 – 7 | |
| GX66. | | | 02/24/25 | | Vessel Cabin Area Photo 3.29.20 | |

| USA No. | Def. No. | Date Offered | Date admitted | Witness | Presiding Judge: The Honorable Aileen M. Cannon | AUSA: Zachary A. Keller Tanner Stiehl Jacob Koffsky | Defendant's Attorney: Calisha Angeline Francis Terrence O'Sullivan |
|---|---|---|---|---|---|---|---|
| | | | | | | Court Reporter: | Courtroom Deputy: |
| GX67. | | | 02/24/25 | | Vessel Engine Area Photo 3.29.20 | | |
| GX68. | | | 02/24/25 | | Vessel Rear Engine Controls Removed Photo 3.29.20 | | |
| GX69. | | | 02/24/25 | | Palm Beach Bay Map with Incident Location Marked | | |
| GX70. | | | 02/24/25 | | Medical Examiner's Report M.C.G.F. | | |
| GX71. | | | | | [INTENTIONALLY OMITTED] | | |
| GX72. | | | 02/24/25 | | Vessel Certificate of Documentation | | |
| GX73. | | | 02/24/25 | | Vessel Abstract of Title | | |
| GX74. | | | 02/24/25 | | Vessel Mortgage | | |
| GX75. | | | 02/24/25 | | TVA Ladder and Platform Check | | |
| GX76. | | | 02/24/25 | | TVA Dive Benches Check | | |
| GX77. | | | 02/24/25 | | USCG Form 1258 | | |
| GX78. | | | 02/24/25 | | USCG Form 1340 | | |
| GX79. | | | 02/24/25 | | April 3 Email Steib – SBA Loan Application | | |
| GX80. | | | 02/24/25 | | April 3 Email Steib – PPP Handwritten Application | | |
| GX81. | | | 02/24/25 | | April 3 Email Steib – Casualty Documents | | |
| GX82. | | | 02/24/25 | | Text Exchange Between CWO Goodman and Defendant | | |
| GX83. | | | 02/24/25 | | Bill of Sale Document | | |
| GX83A. | | | 02/24/25 | | Release of Lien Document | | |
| GX84. | | | 02/24/25 | | North Palm Beach Marina 2022 Google Earth | | |
| GX85. | | | 02/24/25 | | Celtic Bank PPP Loan Application | | |
| GX86. | | | 02/24/25 | | Celtic Bank Application Information | | |
| GX87. | | | 02/24/25 | | Celtic Bank Loan Forgiveness Application | | |

| Presiding Judge: The Honorable Aileen M. Cannon | | | | | AUSA: Zachary A. Keller Tanner Stiehl Jacob Koffsky | Defendant's Attorney: Calisha Angeline Francis Terrence O'Sullivan |
|---|---|---|---|---|---|---|
| USA No. | Def. No. | Date Offered | Date admitted | Witness | Court Reporter: | Courtroom Deputy: |
| GX88. | | | 02/24/25 | | Celtic Bank Loan Forgiveness Bank Account | |
| GX89. | | | 02/24/25 | | Celtic Bank Promissory Note | |
| GX90. | | | 02/24/25 | | Celtic Bank Defendant Driver's License | |
| GX91. | | | 02/24/25 | | Cross River PPP Loan Application | |
| GX92. | | | 02/24/25 | | Cross River PPP Loan Application E-Sign | |
| GX93. | | | 02/24/25 | | Cross River Tax Document 1120 | |
| GX94. | | | 02/24/25 | | Cross River Void Check | |
| GX95. | | | 02/24/25 | | Cross River Contact Information for Defendant | |
| GX96. | | | 02/24/25 | | Cross River Defendant Driver's License | |
| GX97. | | | 02/24/25 | | Cross River Defendant Email Chain 1 | |
| GX97A. | | | 02/24/25 | | Cross River Defendant Email Chain 2 | |
| GX97B. | | | 02/24/25 | | Cross River Defendant Email Chain 3 | |
| GX98. | | | 02/24/25 | | Cross River Loan Forgiveness Application | |
| GX99. | | | 02/24/25 | | TVA Florida Scuba PGA Check 2.19.2021 | |
| GX100. | | | 02/24/25 | | TVA Florida Scuba Business Signature Card | |
| GX100A. | | | 02/24/25 | | TVA Florida Scuba Statement 11.19 | |
| GX100B. | | | 02/24/25 | | TVA Florida Scuba Statement 12.19 | |
| GX100C. | | | 02/24/25 | | TVA Florida Scuba Statement 01.20 | |
| GX100D. | | | 02/24/25 | | TVA Florida Scuba Statement 02.20 | |
| GX100E. | | | 02/24/25 | | TVA Florida Scuba Statement 03.20 | |
| GX100F. | | | 02/24/25 | | TVA Florida Scuba Statement 04.20 | |
| GX100G. | | | 02/24/25 | | TVA Florida Scuba Statement 05.20 | |

| Presiding Judge: The Honorable Aileen M. Cannon | | | | | AUSA: Zachary A. Keller Tanner Stiehl Jacob Koffsky | Defendant's Attorney: Calisha Angeline Francis Terrence O'Sullivan |
|---|---|---|---|---|---|---|
| USA No. | Def. No. | Date Offered | Date admitted | Witness | Court Reporter: | Courtroom Deputy: |
| GX100H. | | | 02/24/25 | | TVA Florida Scuba Statement 06.20 | |
| GX100I. | | | 02/24/25 | | TVA Florida Scuba Statement 07.20 | |
| GX100J. | | | 02/24/25 | | TVA Florida Scuba Statement 08.20 | |
| GX100K. | | | 02/24/25 | | TVA Florida Scuba Statement 09.20 | |
| GX100L. | | | 02/24/25 | | TVA Florida Scuba Statement 10.20 | |
| GX100M. | | | 02/24/25 | | TVA Florida Scuba Statement 11.20 | |
| GX100N. | | | 02/24/25 | | TVA Florida Scuba Statement 12.20 | |
| GX100O. | | | 02/24/25 | | TVA Florida Scuba Statement 01.21 | |
| GX100P. | | | 02/24/25 | | TVA Florida Scuba Statement 02.21 | |
| GX100Q. | | | 02/24/25 | | TVA Florida Scuba Statement 03.21 | |
| GX100R. | | | 02/24/25 | | TVA Florida Scuba Statement 04.21 | |
| GX100S. | | | 02/24/25 | | TVA Florida Scuba Statement 05.21 | |
| GX100T. | | | 02/24/25 | | TVA Florida Scuba Statement 06.21 | |
| GX100U. | | | 02/24/25 | | TVA Florida Scuba Statement 07.21 | |
| GX100V. | | | 02/24/25 | | TVA Florida Scuba Statement 08.21 | |
| GX101. | | | 02/24/25 | | TVA Florida Scuba Defendant Check 2.22.21 | |
| GX102. | | | 02/24/25 | | Florida Scuba State Recognition of Dissolution on 5.13.21 | |
| GX103. | | | 02/24/25 | | Florida Scuba Articles of Dissolution 5.13.21 | |
| GX104. | | | 02/24/25 | | Florida Scuba Articles of Incorporation 11.26.14 | |
| GX105. | | | 02/24/25 | | Florida Scuba Kristy McCabe Removal 3.25.20 | |
| GX106. | | | 02/24/25 | | Florida Scuba Annual Certifications 2019 & 2020 | |
| GX107. | | | 02/24/25 | | GPS Raw Data | |

| Presiding Judge: The Honorable Aileen M. Cannon | | | | | AUSA: Zachary A. Keller Tanner Stiehl Jacob Koffsky | Defendant's Attorney: Calisha Angeline Francis Terrence O'Sullivan |
|---|---|---|---|---|---|---|
| USA No. | Def. No. | Date Offered | Date admitted | Witness | Court Reporter: | Courtroom Deputy: |
| GX107A. | | | 02/24/25 | | SD Card Garmin | |
| GX107B. | | | 02/24/25 | | SD Card V-1 Faruno Device | |
| GX108. | | | 02/24/25 | | Piece of M.C.G.F. Wetsuit | |
| GX109. | | | | | [INTENTIONALLY OMITTED] | |
| GX109A. | | | | | [INTENTIONALLY OMITTED] | |
| GX109B. | | | 02/26/25 | | Autopsy Photo 1 | |
| GX109C. | | | | | [INTENTIONALLY OMITTED] | |
| GX109D. | | | | | [INTENTIONALLY OMITTED] | |
| GX109E. | | | | | [INTENTIONALLY OMITTED] | |
| GX109F. | | | | | [INTENTIONALLY OMITTED] | |
| GX109G. | | | | | [INTENTIONALLY OMITTED] | |
| GX109H. | | | 02/26/25 | | Autopsy Photo 2 | |
| GX109I. | | | | | [INTENTIONALLY OMITTED] | |
| GX109J. | | | 02/26/25 | | Autopsy Photo 3 | |
| GX109K. | | | 02/26/25 | | Autopsy Photo 4 | |
| GX109L. | | | 02/26/25 | | Autopsy Photo 5 | |
| GX109M. | | | 02/26/25 | | Autopsy Photo 6 | |
| GX109N. | | | 02/26/25 | | Autopsy Photo 7 | |
| GX110. | | | 02/24/25 | | Defendant Merchant Mariner Oath | |
| GX111. | | | 02/24/25 | | Defendant PGA Application | |
| GX112. | | | 02/24/25 | | Marine Unlimited Check 2.21.20 | |
| GX113. | | | 02/24/25 | | TVA Florida Scuba Account Update 3.25.20 | |

| USA No. | Def. No. | Date Offered | Date admitted | Witness | Court Reporter: | Courtroom Deputy: |
|---|---|---|---|---|---|---|
| Presiding Judge: The Honorable Aileen M. Cannon | | | | | AUSA: Zachary A. Keller, Tanner Stiehl, Jacob Koffsky | Defendant's Attorney: Calisha Angeline Francis, Terrence O'Sullivan |
| GX114. | | | 02/24/25 | | TMCI Employee List | |
| GX115. | | | 02/24/25 | | TVA Dustin McCabe Monthly Statement 05.20 | |
| GX116. | | | 02/24/25 | | TVA Florida Scuba Deposit Records | |
| GX117. | | | 02/24/25 | | TVA Florida Scuba Defendant Check 5.15.20 | |
| GX118. | | | 02/24/25 | | TVA Florida Scuba Defendant Check 7.7.20 | |
| GX119. | | | 02/24/25 | | TVA Florida Scuba Defendant Check 9.4.20 | |
| GX120. | | | 02/24/25 | | TVA Florida Scuba Defendant Check 10.6.20 | |
| GX121. | | | 02/24/25 | | Celtic Bank Defendant Tax Form Schedule C | |
| GX122. | | | 02/27/25 | | Trial Stipulation – Tax Forms Not Filed with IRS | |

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on March 10, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

/s/ Zachary A. Keller
Zachary A. Keller
Assistant United States Attorney