UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-80103-CR-CANNON

UNITED STATES OF AMERICA

v.

DUSTIN SEAN MCCABE,

    Defendant.
_____/

## GOVERNMENT'S NOTICE OF TIME REQUIREMENTS FOR SENTENCING

The United States of America, through the undersigned Assistant United States Attorney, respectfully submits this Notice to inform the Court that the sentencing hearing may extend beyond 30 minutes, with the Government estimating a maximum of 60 minutes.[1] This estimate is based on (1) the need to resolve several objections to the Presentence Investigation Report and (2) that approximately three family members of M.C.G.F.'s family will give victim impact statements at the sentencing hearing.

Date: August 4, 2025

Respectfully submitted,

HAYDEN P. O'BYRNE
UNITED STATES ATTORNEY

By: /s/ Zachary A. Keller
ZACHARY A. KELLER
Assistant United States Attorney
U.S. Attorney's Office – SDFL
Court No: A5502767
99 NE 4th Street, 6th Floor
Miami, Florida 33132
Tel: (305) 961-9023

---

[1] The Government realized in preparing for the sentencing hearing over the weekend that it was mistaken in recollecting that the Defendant's motion to continue had documented the fact that the sentencing may extend beyond 30 minutes. The Government apologizes for this Notice being filed less than a week in advance of the sentencing.

Email: zachary.keller@usdoj.gov

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on August 4, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

/s/ *Zachary A. Keller*
Zachary A. Keller
Assistant United States Attorney